# 654 DECISIONS IN CASES NOT REPORTED.

Moses G. Rosenberg and another, Appellants. S. Parkman Dexter and others, Respondents, v. The Same, Appellants. — Orders affirmed, with ten dollars costs in one case, and the disbursements in both. Opinion by Daniels, J.

The Phœnix Packing and Rubber Company, Respondent, v. William M. Schwenker, Appellant. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of the City Gas Company. —Order affirmed, with ten dollars costs and disbursements.

Henry Morrison, Plaintiff, v. Richard R. Watson, Defendant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Peter W. Gallaudet and another, Respondents, v. Andrew Williams, Appellant. — Judgment and order reversed, with costs.

In the Matter of Francis S Turner. — Order affirmed, with ten dollars costs and disbursements.

John S. Schultze, Respondent, v. The Mayor, etc., of the city of New York, Appellant. — Judgment affirmed.

John S. Hawley and another, Respondents, v. Alexander M. Powell, Appellant.— Order reversed, without costs, motion denied. Opinion *Per Curiam.*

Frederick L. Holmquist and others, Respondents, v. Charles Griessman and another, Appellants. — Order reversed, and order of arrest vacated, without costs.

John H. Hildreth, ]Respondent, v. Josephine Carpenter, Appel ant.— Order reversed and motion denied. with ten dollars costs and disbursements. Opinion *Per Curiam.*

William A. Miles and others, Respondents, v. James W. Sackett, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curam.*

Sarah A. Mason, Administratrix, etc., Appellant, v. Adelaide E. Mason and others, Respondents.— Order affirmed, with ten dollars costs and disbursements.

Joseph Schestauber, Administrator, etc., Appellant, v. Manhattan Railway Company, Respondent.— Judgment reversed, new trial ordered, costs to abide event.

Michael Connor, Administrator, etc., Respondent, v. Hanora Kent and another, Appellants.— Order affirmed, without costs.

In the Matter of Adelaide L. Otis.— Order reversed, with ten dollars costs and disbursements.

The Putnam County Chemical Works, Respondent, v Frederick Jochen, Appellant.— Order modified as directed in opinion, and affirmed as modified. Opinion by Brady, J.

Alfred Nelson v. Sutherland Tenney.— Motion to dismiss appeal denied, without costs.

Perrin H. Sumner, Appellant, v. Hannah Alexander, Respondent.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Margaretha Finnern v. Julius Hinz and another. — Motion for reargument denied, with ten dollars costs, to abide the event.

Reece M. Oberteuffer, Respondent, v. Ludwig Bloch, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Eugene A. Hoffman, Appellant, v. Algernon S. Sullivan, Respondent. — Order reversed and order entered as directed in opinion, without costs. Opinion by Daniels, J.

John Cox, Appellant. v. The Mayor, etc., of the City of New York, Respondent.—Judgment affirmed as to plaintiff's claim and reversed as to defendants recovery on the counter-claim, without costs of appeal to either party. Opinion *Per Curiam.*

Henry A Taylor, Respondent, v. Harvey L. Ellis, Appellant. — Order modified, as directed in opinion, and affirmed as modified, without costs to either party. Opinion *Per Curiam.*

Anna B. Cavarly, Respondent, v. Sarah A. Jarvis, Appellant. — Judgment affirmed.

In the Matter of Charles Denison, etc.— Reargument ordered.

In the Matter of Charles Denison, etc.— Application of receiver granted.

---

## FOURTH DEPARTMENT, JANUARY TERM, 1886.

The City of Oswego v. Martin D. Collins.— Motion for leave to appeal to the Court of Appeals denied.

Eunice Curtiss v. John J. Barrus.—Motion denied.

William H. Sommerville, Appellant, v. William Nipper, Trustee, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

The Standard Wagon Company v. Persis McCully and others. — The case not having been settled, ordered filed and annexed to the judgment-roll by the referee, it is stricken from the calendar, without costs.

E. D. Clapp Wagon Company, Respondent, v. Wesley McCully, Appellant. — Motion denied, without costs.

Luther K. Sheldon, as Administrator, Appellant, v. Barney Van Alstine, Respondent. — Motion to dismiss appeal granted.

Daniel Cady, Respondent, v. Luther K. Sheldon, as Administrator, Appellant. — Motion to dismiss appeal granted.

Ross v. Wigg. — Motion denied, without costs and without prejudice.

Hall v. Smith. — Motion to dismiss appeal granted.

Hall v. Smith. — Motion granted, with ten dollars costs in one case.

Mary E. Burke, as Survivor, v. William Jolley.— Motion to strike from the calendar granted, with ten dollars costs.

The McGowan Pump Company v. Joseph M. Low. — Motion denied, without costs.

George W. Parshall, Respondent, v. George Clarke, Appellant. — Motion to dismiss appeal granted, with ten dollars costs.

Delos L. Birge, Respondent, v. George Clarke, Appellant. Same v. Same. — Motion to dismiss each case, Nos. 13 and 14 on calendar, granted, with ten dollars costs in each case.

In the Matt r of the Application to disbar John D. Griffith. — Order returnable at this term to show cause, continued until the next term of this court.

Huldah M. Crouse, Respondent. v. George Clarke, Appellant — Motion to dismiss appeal granted, with ten dollars costs of motion.

Alfred Etheridge, Respondent, v. William Eisinger, Appellant. —Motion to dismiss appeal granted.

John Kane, Respondent, v. George Clarke, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Esther K. Porter, Appellant, v. H. Miner Weaver, Respondent. — Order affirmed, with ten dollars costs and disbursements.

Delos L. Birge, Respondent. v. George Clarke, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Same v. Same. — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. Oscar J. Brown, Appellant, v. The Board of